**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**LA CHAWN ROBINSON,**          No   C 10-0050 VRW

    **Plaintiff,**               ORDER

    **v**

**BANK OF AMERICA, N A, et al,**

    **Defendants.**
_____/

    Plaintiff filed a complaint for relief under state and federal law arising from plaintiff's mortgage on a property in Richmond, California on January 6, 2010. Doc #1. Defendants filed motions to dismiss and to strike plaintiff's complaint on March 16, 2010 and noticed them for hearing on May 13, 2010. Doc #10. On April 6, plaintiff filed an amended complaint asserting only state law claims and a notice of non-opposition to dismissal of the federal claims. Doc ##16 & 17.

    Plaintiff did not have leave to file an amended complaint as required under FRCP 15(a); nevertheless, because leave to amend is liberally granted, the court will accept plaintiff's amended

complaint. The amended complaint states no federal claims and provides no basis for federal jurisdiction.

When a plaintiff seeking to invoke a federal forum voluntarily dismisses claims forming the basis of federal jurisdiction, the court must determine its jurisdiction based on the amended complaint. William W Schwarzer et al, <u>Federal Civil Procedure Before Trial</u> 2:91.5. Where, as here, the amended complaint fails to state any basis for federal jurisdiction, the court must dismiss the case. See id; <u>Wellness Community-National v Wellness Community</u>, 70 F3d 46, 49 (7th Cir 1995).

Plaintiff seeks dismissal without prejudice, Doc #15 at 2, but the court lacks a basis to allow plaintiff leave to amend the complaint. The court may allow amendment of pleadings to cure jurisdictional defects of form, see 28 USC § 1653, but where, as here, the complaint fails to allege any substantive ground for federal jurisdiction, the court has no jurisdiction to allow leave to amend. See <u>Morongo Band of Mission Indians v California State Bd of Education</u>, 858 F2d 1376, 1380 n3 (9th Cir 1988). Accordingly, the only appropriate course is to dismiss the case.

//
//
//
//
//
//
//
//
//

1    For the reasons stated above, the court lacks
2 jurisdiction over plaintiff's claims.  The case is hereby
3 **DISMISSED**.  The clerk is DIRECTED to vacate all hearing dates,
4 terminate all pending motions and close the file.

6    **IT IS SO ORDERED.**

    _/s/ Vaughn Walker_

    **VAUGHN R WALKER**
    **United States District Chief Judge**

**United States District Court**
For the Northern District of California